# Third District Court of Appeal

## State of Florida

Opinion filed August 20, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1069
Lower Tribunal Nos. F09-24369, F10-27826B

_____

**Lemuel Ware,**

Appellant,

vs.

**State of Florida,**

Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Lemuel Ware, in proper person.

James Uthmeier, Attorney General, for appellee.

Before FERNANDEZ, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Wainwright v. State</u>, 411 So. 3d 392, 399 (Fla. 2025) (holding that, even if <u>Erlinger v. United States</u>, 602 U.S. 821 (2024), constitutes a change in law, it does not apply retroactively to cases that were final when it was decided); <u>Ford v. State</u>, 402 So. 3d 973, 981 (Fla. 2025) ("But <u>Erlinger</u> was a direct-appeal case—not a postconviction case like Ford's—and it involved required jury findings regarding an element. Based on these fundamental distinctions, it is clear that Erlinger provides no support for vacating Ford's death sentences."); <u>Arias v. State</u>, No. 3D25-0297, 2025 WL 1699998, at *1 (Fla. 3d DCA June 18, 2025).